**Dwayne E. HARRIS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 98788.**

Missouri Court of Appeals,
Eastern District.

June 18, 2013.

Jessica Hathaway, St. Louis, MO, for appellant.

Chris Koster, Attorney General, Todd T. Smith, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before GARY M. GAERTNER, JR., C.J., ROBERT M. CLAYTON III, J., and ZEL M. FISCHER, Sp. J.

### ORDER

PER CURIAM.

Dwayne Harris ("Harris") appeals the judgment denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We find that the motion court did not err in denying Harris's request for post-conviction relief. We affirm.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).